# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.: 3:16-CV-00345-RCJ |
| Plaintiff, | 3:13-CR-00007-RCJ |
| v. | USCA Case No.: 17-15048 |
| DESMOND QUINNTRAIL HAYES, *et al.*, | ORDER ON MANDATE |
| Defendants. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit affirmed the District Court, issued its Mandate (ECF No. 3) on April 19, 2021, the Court being fully advised in the premises,

NOW THEREFORE IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED: This 28th day of April, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

ORDER ON MANDATE - 1